# United States Court of Appeals
## For the First Circuit

No. 04-2673

GRACE C. OSEDIACZ,

Plaintiff, Appellee,

v.

CITY OF CRANSTON, ETC., ET AL.,

Defendants, Appellants.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: SG Date: 7/6/2005

**JUDGMENT**

Entered: July 6, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of partial summary judgment entered on the free speech claim is reversed. The case is remanded to the district court with instructions to dismiss the free speech claim and the due process claim without prejudice for want of standing. All parties shall bear their own costs.

**By the Court:**

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. William E. Smith and Mr. David DiMarzio, Clerk, United States District Court for Rhode Island. Copies to Mr. DeLuca, Ms. Weizenbaum, Mr. Eskey, Mr. Frias & Mr. Marcelle.]