UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GRACE C. OSEDIACZ

vs. C.A. No. 03-600S

CITY OF CRANSTON, ET AL.

**SUPPLEMENTAL ORDER**

In light of the recent ruling of the First Circuit Court of Appeals, this case is dismissed on the free speech claim and due process claims without prejudice for want of standing. All parties shall bear their own costs.

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 7/13/05