03-00600
USDC/R.I.
Smith, W.

# United States Court of Appeals
## For the First Circuit

---

No. 04-2673

MANDATE

GRACE C. OSEDIACZ,

Plaintiff, Appellee,

v.

CITY OF CRANSTON, ETC., ET AL.,

Defendants, Appellants.

---

**JUDGMENT**

Entered: July 6, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of partial summary judgment entered on the free speech claim is reversed. The case is remanded to the district court with instructions to dismiss the free speech claim and the due process claim without prejudice for want of standing. All parties shall bear their own costs.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

George Kreta

**Deputy Clerk**

**Date:** 7/27/05

**By the Court:**

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. William E. Smith and Mr. David DiMarzio, Clerk, United States District Court for Rhode Island. Copies to Mr. DeLuca, Ms. Weizenbaum, Mr. Eskey, Mr. Frias & Mr. Marcelle.]